IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTONIO R. RICHARDSON,

    Plaintiff,

v.                                                      4:19cv494–WS/MAF

SGT. E. PERRY and
SGT. K. WASHINGTON,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 37) docketed December 8, 2020. The magistrate judge recommends that the plaintiff's complaint be dismissed for failure to state a claim.

On December 23, 2020, the plaintiff's copy of the report and recommendation was returned to the clerk's office by the post office. The envelope was stamped: "RTS Released." See ECF No. 38. Indeed, the Florida Department of Corrections's website indicates that the plaintiff was released on December 1, 2020. Although it is his responsibility to do so, the plaintiff has not provided the court with a current address.

Upon review of the record, this court has determined that the recommendation of dismissal should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The defendants' motion (ECF No. 34) for summary judgment is GRANTED.

3. The plaintiff's complaint and this action are DISMISSED for failure to state a claim.

4. The clerk shall enter judgment stating: "All claims against Sgt. E. Perry and Sgt. K. Washington are dismissed for failure to state a claim."

DONE AND ORDERED this   13th   day of   January   , 2021.

                      s/ William Stafford
                      WILLIAM STAFFORD
                      SENIOR UNITED STATES DISTRICT JUDGE